IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　Plaintiff,　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>ANGELO LAVELL SCOTT, aka LO,      )<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　Defendant.　　　　　　　　　　　　)  | Criminal No.  3:08-cr-57<br><br>ENHANCEMENT INFORMATION<br>AND NOTICE OF PRIOR<br>CONVICTION(S) |

　　　COMES NOW the United States of America, by and through the undersigned Special Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851(a)(1), and hereby notifies defendant, ANGELO LAVELL SCOTT, aka LO, that he is subject to an increased penalty pursuant to Title 21, United States Code, Section 841 (b)(1)(A) because of one or more prior felony drug convictions, to wit:

　　　1.  On or about June 22, 1998, defendant was sentenced after being found guilty of a drug felony in the Circuit Court of Cook County, Illinois, in case number 98CR1136801, for Possession of a Controlled Substance.  The defendant was sentenced to 18 months pronation.  The defendant then violated his probation and was sentenced on the violation on March 2, 1999 to the Illinois Department of Corrections for a term of three years.

　　　2.  On or about March 24, 1998, defendant was sentenced after being found guilty of a drug felony in the Circuit Court of Cook County, Illinois, in case number 97CR2268201, for Possession of a Controlled Substance.  The defendant was sentenced to 30 months probation.  The defendant then violated his probation and was sentenced on the violation on March 2, 1999 to the Illinois Department of Corrections for a term of three years.

        Respectfully Submitted,

        Matthew G. Whitaker
        United States Attorney


By  /s/ Melisa Zaehringer
     Melisa Zaehringer
     Special Assistant United States Attorney
     131 E. 4th Street, Ste 310
     Davenport, Iowa 52801
     Tel: (563) 449-5432
     Fax: (563) 449-5433
     Email: Melisa.Zaehringer@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon all counsel of record and *pro se* parties by electronic service by filing this document with the Clerk of Court using the ECF system on July 17, 2008, which will send notification to the following:

Donovan Robertson


        /s/ Melisa Zaehringer
        United States Attorney's Office
        Southern District of Iowa