IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANGELO LAVELL SCOTT,<br><br>　　　　Defendant. | No. 3:08cr00057-JAJ<br><br>**VERDICT FORM** |

### COUNT 1 - Conspiracy to Distribute Crack Cocaine

With regard to the crime of Conspiracy to Distribute Crack Cocaine, as charged in Count 1 of the Indictment, we, the jury, find the defendant, Angelo Lavell Scott:

\_\_\_\_ NOT GUILTY         __X__ GUILTY

**NOTE:** If you found the defendant "guilty" of the crime charged in Count 1 of the Indictment, you *must* answer the following interrogatory.

Interrogatory #1:    We, the jury, find beyond a reasonable doubt, that the amount of crack cocaine involved in the conspiracy was:

　__X__ Fifty (50) grams or more of crack cocaine;

　\_\_\_\_ Five (5) grams or more, but less than fifty (50) grams of crack cocaine; or

　\_\_\_\_ Less than five (5) grams of crack cocaine.

We, the jury, unanimously agree to the verdict above.

1

Date: 2-4-2009