## Southern District of Iowa
## Exhibits Receipt Pursuant to Local Rules

Receipt for Exhibits



Date:

Case Number: 3:08-cr-57

Case Name: USA v. Angelo Scott

1) In accordance with LR 57.3(g) criminal exhibits or 83.6(g) civil exhibits have been withdrawn by the undersigned.

_____
Counsel

Plaintiff _____ Defendant X Govt. _____

Date: 9/5/12

2) As counsel for the below checked party, I give the Clerk's Office permission to destroy the exhibits.

_____
Counsel

Plaintiff _____ Defendant _____ Govt. _____

Date:_____

Fax number: 563-884-7615
Address: U.S. District Court
 131 E. 4th Street
 Davenport, IA 52801