3:08-cr-57

I'm writing to seek appointment of counsel to determine whether I would be eligible for relief under the First Step Act signed into law on December 21, 2018.

Sincerely,

RECEIVED
APR 12 2019
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Angelo L. Scott
Register No. 08739-030
USP Hazelton
P.O. Box 2000
Bruceton Mills, West Virginia 26525

March 11, 2019

Clerk of Court
US District Court
131 East 4th St
Davenport, Iowa 52801

RE: Attorney Representation

Dear Clerk of Court:

ANGEL L SOTO #10879-030
USP THOMSON
PO BOX 1002
THOMSON, IL 61285

CLERK OF COURT
US DISTRICT COURT
123 EAST 1ST STREET
DAVENPORT IOWA
52801