# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

The United States of America

Plaintiff,

vs.

Angelo Scott

Defendant(s).

Case No. 3:08-cr-00057-JAJ-TJS-1

**MOTION FOR ADMISSION PRO HAC VICE**

_____

_____Zachary Lee Newland_____, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of the defendant, _____Angelo Scott_____.

_____Zachary Lee Newland_____ is a member in good standing of the bar of _____Texas_____ and agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before this court in connection with pro hac vice representation in this case.

_____Zachary Lee Newland_____ further states that pro hac vice admission on behalf of the above party in this case is authorized by LR 83.1.d.2.

/s/ Zachary Lee Newland
Zachary L. Newland
Brandon Sample PLC
P.O. Box 250, Rutland, VT 05702
Phone (802) 444-4357 Fax: (802) 779-9590
Email: zach@brandonsample.com