MR. ANGELO LAVELL SCOTT
REGISTERED No. 08739-030
UNITED STATES PENITENTIARY - HAZELTON
P.O. BOX 2000
BRUCETON MILLS, WEST VIRGINIA 26525

JANUARY 13, 2020

UNITED STATES DISTRICT COURT
CLERK OF COURT
131 EAST 4TH STREET
DAVENPORT, IOWA 52801

RE: CASE No. 3:08-cr-00057-JAJ-SBJ

DEAR CLERK OF COURT:

On July 1, 2019 I retained Attorney ZACHARY L. NEWLAND from the Brandon Sample PLC, to represent me in the above mentioned case. On October 11, 2019 Attorney ZACHARY L. NEWLAND filed an appearance in the U.S. District Court on my behalf.

I'm writing to inform the Court that Attorney ZACHARY L. NEWLAND has been terminated & he no longer represents me as of today, JANUARY 13, 2020 @ 2:35 PM, EST. I'm requesting an updated docket sheet to reflect this change. Let the record reflect that I am now being represented by ATTORNEY MI ANGEL COBY from the TDC LAW OFFICE.

SINCERELY

Angelo L. Scott

RECEIVED
JAN 21 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

MR. ANGELO L. SCOTT
REGISTERED No. 08739-030
U.S.PENITENTIARY - HAZELTON
P.O. Box 2000
BRUCETON MILLS, WEST VIRGINIA 26525

PITTSBURGH PA 150
15 JAN 2020 PM 8 1

UNITED STATES DISTRICT COURT
CLERK OF COURT
131 EAST 4TH STREET
DAVENPORT, IOWA 52801

52801-15225

LEGAL